UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 2:03-CR-55 |
| | ) | |
| KELVIN F. JACKSON | ) | |

## **O R D E R**

It is hereby **ORDERED** that the Motion to Strike Enhancement Notice filed by the defendant is **GRANTED** because his conviction on June 12, 2003 in Bristol, Virginia was not final when he committed the charged offenses in this case on June 16, 2003, June 23, 2003, and June 25, 2003. [Doc. 9]. Therefore, he does not qualify for a sentencing enhancement under 21 U.S.C. §841.

ENTER:

s/J. RONNIE GREER
UNITED STATES DISTRICT JUDGE